# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1295
_____

PALM BEACH SHERIFF'S
OFFICE/USIS,

Appellants,

v.

WILLIE BROOKINS,

Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Kimberly A. Hill, Judge.

Date of Accident: January 12, 2022.

June 22, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellants.

Annie DeGuzman of The Law Office of John J. Rahaim, Jacksonville, for Appellee.